<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff, | Civil Action No. 06-892(SDW) |
| v. | |
| MICHAEL DIAMOND, | |
| Defendant. | **ORDER** |
| | August 4, 2008 |

**WIGENTON, District Judge**

The Motion for Certain Relief, filed by Defendant Michael Diamond, is hereby denied as this Court is divested of jurisdiction of this matter because it is on appeal.

**SO ORDERED**.

                                                                             **S/Susan D. Wigenton, U.S.D.J.**

cc:  Judge Madeline Cox Arleo, U.S.M.J.